UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELI LEE ORTMYER,

    Plaintiff,

vs.                                      Case No. 8:15-cv-0303-T-27AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the Commissioner's decision be reversed and remanded (Dkt. 16). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 16) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further administrative proceedings.

3) The Clerk is directed to enter judgment in favor of the Plaintiff and against the Commissioner and **CLOSE** this case.

**DONE AND ORDERED** on this 8th day of March, 2016.

                                      JAMES D. WHITTEMORE
                                    United States District Judge

Copies to: Counsel of record